

1  JAMES C. NIELSEN (111889)
    jnielsen@nielsenhaley.com
2  THOMAS H. NIENOW (136454)
    tnienow@nielsenhaley.com
3  NIELSEN, HALEY & ABBOTT LLP
4  44 Montgomery Street, Suite 750
   San Francisco, California 94104
5  Telephone: (415) 693-0900
6  Facsimile: (415) 693-9674

7  Attorneys for Defendant
   FEDERATED MUTUAL INSURANCE COMPANY
8

9  UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
11 SAN JOSE DIVISION

| | |
|---|---|
| CIVITAF CORPORATION, a California Corporation, | Action No.: C-05-00595 JW (HRL) |
| Plaintiff, | JOINT EX PARTE APPLICATION FOR EXTENSION OF EXPERT-DISCLOSURE AND EXPERT-MOTION DEADLINES; DECLARATION OF THOMAS NIENOW; ORDER. |
| v. | |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation, FRONTIER INSURANCE COMPANY, a New York Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | Date: No Hearing<br>Time: No Hearing<br>Courtroom.: 8<br>HONORABLE JAMES WARE |

### JOINT EX PARTE APPLICATION

Plaintiff Civitaf Corporation and defendant Federated Mutual Insurance Company, jointly request that the Court enter an order under Fed.R.Civ.P. 6(a), extending by 14 days the deadlines for expert-witness disclosures, rebuttal expert-witness disclosures, and to file motions to exclude all or part of an expert witness's testimony. The bases for the

---
1
JOINT EX PARTE APPLICATION FOR EXTENSION OF EXPERT-DISCLOSURE DEADLINES ETC.; ORDER

request are as follows:

1. Fed.R.Civ.P. 6(a) states that when, by order of court, "an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion ... with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed ...." Under the Court's August 9, 2005, scheduling order, the current deadlines relating to expert-witnesses are as follows:

| | |
|---|---|
| November 15, 2005 | Expert-witness disclosures. |
| November 29, 2005 | Rebuttal expert-witness disclosures. |
| January 17, 2006 | Last day to hear motions to exclude all or part of an expert's testimony. |

Because none of these deadlines has passed, the Court is authorized to grant the extensions of the deadlines in the scheduling order upon ex parte application. N.D. Cal. L.R. 7-10.

2. In this insurance-coverage action, Civitaf seeks defense and indemnification from Federated in connection with Civitaf's alleged liability in an underlying construction-defect lawsuit styled *Amica Mut. Ins. Co. v. Civitaf Corp. et al.*, filed in Santa Clara County Superior Court (No. 1-04-CV-017010). Civitaf and Federated are both parties to the *Amica* action.

3. A global mediation is scheduled in the *Amica* action for November 17, 2005. If the mediation resolves the *Amica* action, Civitaf and Federated believe it will likely also resolve the issues between Civitaf and Federated in this action. In that case, disclosure of expert-witness information and filing of motions to challenge expert-witness testimony will not be necessary. In order to prevent the expenditure of resources on pre-trail activities that may be unnecessary following the global mediation in the *Amica* action, Civitaf and Federated respectfully request that the current deadlines for expert-witness disclosures and rebuttal expert-witness disclosures be extended by 14-days each. Civitaf and Federated also respectfully request that the Court extend by 14-days the

1 | deadline to hear motions to exclude expert-witness testimony, in order to preserve the
2 | Court's timing of such motions relative to the disclosures.

3 |     4.    The following deadlines in the Court's August 9, 2005, order will remain
4 | unchanged:

| | |
|---|---|
| December 15, 2005 | Last day to complete mediation. |
| January 17, 2006 | Last day to hear motions to exclude all or part of an expert's testimony. |
| January 20, 2006 | Last day to conduct discovery of expert witnesses. |
| February 27, 2006 | Last day to hear dispositive motions. |
| March 30, 2006 | Last day to lodge Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order. |
| April 10, 2006 | Preliminary Pretrial and Trial Setting Conference. |

Respectfully submitted,

NIELSEN, HALEY & ABBOTT LLP

November 7, 2005    By: _____
Thomas H. Nienow
Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

Respectfully submitted,

SWEENEY, MASON, WILSON & BOSOMWORTH

November 8, 2005    By: _____
Christopher J. Olson
Attorneys for Plaintiff
CIVITAF CORPORATION

---
3
JOINT EX PARTE APPLICATION FOR EXTENSION OF EXPERT-DISCLOSURE DEADLINES ETC.; ORDER

## DECLARATION OF THOMAS H. NIENOW

I, Thomas H. Nienow, declare as follows:

I am an attorney admitted to practice before this Court, and I am of counsel with Nielsen, Haley & Abbott LLP, counsel of record for defendant Federated Mutual Insurance Company in this action. The facts stated in the above Joint Ex Parte Application are true and correct.

Executed under penalty of perjury under the laws of the United States on November 7, 2005, at San Francisco, California.

_____
Thomas H. Nienow

## ORDER

The Court, having read the above Joint Ex Parte Application for Extension of expert-witness disclosures, rebuttal expert-witness disclosures, and hearing of motions to exclude all or part of an expert witness's testimony, and good cause appearing, hereby grants the joint application and extends each deadline by 14-days. The remaining deadlines set forth in the Court's August 9, 2005, order shall remain unchanged. The pre-trial deadlines in this matter are now as follows:

| | |
|---|---|
| November 29, 2005 | Expert-witness disclosures. |
| December 13, 2005 | Rebuttal expert-witness disclosures. |
| December 15, 2005 | Last day to complete mediation. |
| January 20, 2006 | Last day to conduct discovery of expert witnesses. |
| February 27, 2006 | Last day to hear dispositive motions. |
| January 31, 2006 | Last day to hear motions to exclude all or part of an expert's testimony. |

4
JOINT EX PARTE APPLICATION FOR EXTENSION OF EXPERT-DISCLOSURE DEADLINES ETC.; ORDER

| | | |
|---|---|---|
| 1 | March 30, 2006 | Last day to lodge Preliminary Pretrial and Trial Setting |
| 2 | | Conference Statement and Proposed Order. |
| 3 | April 10, 2006 | Preliminary Pretrial and Trial Setting Conference. |

Dated: November 10, 2005

*/s/ James Ware*
James Ware, U.S. District Judge