JAMES C. NIELSEN (111889)
 jnielsen@nielsenhaley.com
THOMAS H. NIENOW (136454)
 tnienow@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CIVITAF CORPORATION, a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation, FRONTIER INSURANCE COMPANY, a New York Corporation, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Action No.:  C-05-00595 JW (HRL)<br><br>STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT.<br><br><br><br><br><br>HONORABLE JAMES WARE |

Pursuant to N.D.Cal. L.R. 7-7(b)(1), defendant Federated Mutual Insurance Company and plaintiff Civitaf Corporation stipulate to continue from March 20, 2006, to April 3, 2006, at 9:00 a.m. ~~10:00~~, the hearing on Federated's Motion for Leave to File Third-Party Complaint.  The parties have not previously stipulated to continue the hearing date for this motion.

NIELSEN, HALEY & ABBOTT LLP

March 10, 2006    By: _____
Thomas H. Nienow
Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY


SWEENEY, MASON, WILSON & BOSOMWORTH

March 13, 2006   By: _____
Christopher J. Olson
Attorneys for Plaintiff
CIVITAF CORPORATION

2

MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

*Civitaf Corporation v. Federated Mutual Insurance Company*
*USDC Northern District, San Jose Division Court Case No. C-05-00595 JW (HRL)*

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

**STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION FOR LEAVE TO FILE THIRD- PARTY COMPLAINT.**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ X ]   **(BY ELECTRONIC MAIL TRANSMISSION)** I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

**<u>Attorneys for Plaintiff Civitaf Corporation</u>**
Joseph M. Sweeney, Esq.
Christopher J. Olson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Tel: 408-356-3000
Fax: 408-354-8834

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2006 at San Francisco, California.

_____
Fatima Puente