

IT IS SO ORDERED

Judge James Ware

1  JAMES C. NIELSEN (111889)
   jnielsen@nielsenhaley.com
2  THOMAS H. NIENOW (136454)
   tnienow@nielsenhaley.com
3  NIELSEN, HALEY & ABBOTT LLP
4  44 Montgomery Street, Suite 750
   San Francisco, California 94104
5  Telephone: (415) 693-0900
6  Facsimile: (415) 693-9674

7  Attorneys for Defendant
   FEDERATED MUTUAL INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION

12

13 CIVITAF CORPORATION, a California      Action No.: C-05-00595 JW (HRL)
   Corporation,
14                                         STIPULATION TO CONTINUE HEARING
                                           ON FEDERATED'S MOTION FOR
15         Plaintiff,                      SUMMARY JUDGMENT AND MOTION
                                           FOR LEAVE TO FILE THIRD-PARTY
16    v.                                   COMPLAINT; ORDER.

17 FEDERATED MUTUAL INSURANCE
   COMPANY, a Minnesota Corporation,
18 FRONTIER INSURANCE COMPANY, a
19 New York Corporation, and DOES 1
   through 20, inclusive,
20
21        Defendants.                      HONORABLE JAMES WARE

22

23        Pursuant to N.D.Cal. L.R. 7-7(b)(1), defendant Federated Mutual Insurance

24 Company and plaintiff Civitaf Corporation stipulate to continue from March 27, 2006, to

25 April 10, 2006, at 10:00 a.m., the hearing on Federated's Motion for Summary Judgment,

26 and to continue from April 3, 2006, to April 24, at 10:00 a.m., the hearing on Federated's

27 Motion for Leave to File Third-Party Complaint. The parties further stipulate that the

28
                                            1

deadlines for the filing of opposition and reply briefs as to both motions shall be calculated pursuant to N.D. Cal. L.R. 7-3 based on the continued hearing dates. The parties have not previously stipulated to continue the hearing date for Federated's Motion for Summary Judgment, and have stipulated once previously to continue the hearing date for Federated's Motion for Leave to File Third-Party Complaint.

NIELSEN, HALEY & ABBOTT LLP

March 22, 2006         By: _____
                            Thomas H. Nienow
                            Attorneys for Defendant
                            FEDERATED MUTUAL INSURANCE COMPANY


SWEENEY, MASON, WILSON & BOSOMWORTH

March 22, 2006         By: _____
                            Christopher J. Olson
                            Attorneys for Plaintiff
                            CIVITAF CORPORATION

IT IS SO ORDERED.


March 23, 2006         _____
                       James Ware
                       UNITED STATES DISTRICT JUDGE

*Civitaf Corporation v. Federated Mutual Insurance Company*
*USDC Northern District, San Jose Division Court Case No. C-05-00595 JW (HRL)*

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

**STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT; ORDER.**

[ ] (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ] BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X] **(BY ELECTRONIC MAIL TRANSMISSION)** I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

**Attorneys for Plaintiff Civitaf Corporation**
Joseph M. Sweeney, Esq.
Christopher J. Olson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Tel: 408-356-3000
Fax: 408-354-8834

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2006 at San Francisco, California.

*/s/ Fatima Puente*
Fatima Puente