JAMES C. NIELSEN (111889)
jnielsen@nielsenhaley.com
THOMAS H. NIENOW (136454)
tnienow@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CIVITAF CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation, FRONTIER INSURANCE COMPANY, a New York Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Action No.: C-05-00595 JW (HRL)<br><br>STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION TO COMPEL; ORDER.<br><br><br><br><br><br><br><br>HONORABLE HOWARD R. LLOYD |

Pursuant to N.D.Cal. L.R. 7-7(b)(1), defendant Federated Mutual Insurance Company and plaintiff Civitaf Corporation stipulate to continue from April 11, 2006, to May 2, 2006, at 10:00 a.m., the hearing on Federated's motion to compel further responses to interrogatories and requests for production of documents. The continuance is intended to allow the parties time to meet and confer regarding Civitaf's responses to the discovery served by mail on March 30, 2006. The parties further stipulate that the

1
STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION TO COMPEL

| | |
|---|---|
| 1 | deadlines for the filing of opposition and reply briefs to the motion shall be calculated |
| 2 | pursuant to N.D. Cal. L.R. 7-3 based on the continued hearing date. The parties have not |
| 3 | previously stipulated to continue the hearing date for Federated's motion to compel. |

NIELSEN, HALEY & ABBOTT LLP

April 6, 2006         By: _____
                          Thomas H. Nienow
                          Attorneys for Defendant
                          FEDERATED MUTUAL INSURANCE COMPANY


SWEENEY, MASON, WILSON & BOSOMWORTH

April 7, 2006        By: _____
                          Christopher J. Olson
                          Attorneys for Plaintiff
                          CIVITAF CORPORATION

~~IT IS SO ORDERED.~~

No later than April 25, 2006, the parties will each submit a declaration describing the meet and confer efforts, detailing the issues that have been resolved, and specifically identifying the issues that remain for the court's determination.

IT IS SO ORDERED.

April 10, 2006       _____
                     Hon. Howard R. Lloyd
                     UNITED STATES MAGISTRATE JUDGE

*Civitaf Corporation v. Federated Mutual Insurance Company*
USDC Northern District, San Jose Division Court Case No. C-05-00595 JW (HRL)

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

**STIPULATION TO CONTINUE HEARING ON FEDERATED'S MOTION TO COMPEL; ORDER.**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   **(BY ELECTRONIC MAIL TRANSMISSION)** I caused a PDF format copy of said document(s) to be transmitted via electronic mail to the person(s) at the e-mail address(es) set forth herein.

**Attorneys for Plaintiff Civitaf Corporation**
Joseph M. Sweeney, Esq.
Christopher J. Olson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Tel: 408-356-3000
Fax: 408-354-8834

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 7, 2006 at San Francisco, California.

_____
Fatima Puente

PROOF OF SERVICE