United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CIVITAF Corporation, | NO. C 05-00595 JW |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| Federated Mutual Insurance Company, et al., | |
| Defendants. | |

In light of the Court's Judgment issued on April 20, 2006 (docket item no. 68), the Clerk shall close this case.

Dated: March 31, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher James Olson colson@smwb.com
James Christian Nielsen jnielsen@nielsenhaley.com
Joseph Michael Sweeney jsween@smwb.com
Kristen Elizabeth Green kgreen@smwb.com
Thomas Harvey Nienow tnienow@nielsenhaley.com

**Dated: March 31, 2008**                                    **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California